# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| Diana O'Brien, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. 1:21-cv-00038-JDL |
| Mac's Convenience Stores LLC, | * | |
| Defendant | * | |

## STIPULATION OF DISMISSAL

NOW COME all parties and stipulate to the dismissal of this action with prejudice and without costs or attorney's fees to any party and waiving all rights of appeal.

Dated: March 24, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ John P. Gause* | */s/ Melinda J. Caterine* |
| John P. Gause, Esq. (Bar No. 8192) | Melinda J. Caterine (Bar No. 7129) |
| Eastern Maine Law, LLC, P.A. | LITTLER MENDELSON, P.C. |
| 23 Water St., Suite 202 | One Monument Square, Suite 600 |
| Bangor, ME 04401 | Portland, ME 04101 |
| jgause@easternmainelaw.com | Phone: 207.774.6001 |
| | mcaterine@littler.com |
| *Attorney for Plaintiff Diana O'Brien* | *Attorney for Defendant Mac's Convenience Stores LLC* |